FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

17 FEB -3 PM 1:28
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

ROSE MALBRANCHE,

    Plaintiff,

vs.

    CASE NO.:

    2:17-cv-74-FtM-99CM

REDI CARE NURSING SERVICES, LLC,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ROSE MALBRANCHE, is a former employee of Defendant, REDI CARE NURSING SERVICES, LLC, and brings this action for unpaid overtime wages, and in support of this Complaint, Plaintiff states as follows:

## STATEMENT OF FACTS

1. Plaintiff brings this action to recover from defendant unpaid overtime compensation and an additional amount as liquidated damages, pursuant to 29 U.S.C. § 216(b) and other provisions of the Fair Labor Standards Act of 1938 (FLSA).

2. Jurisdiction is conferred on this Court by 29 U.S.C.A. § 216, 28 U.S.C.A. § 1331, and 28 U.S.C.A. § 1337, in that this matter presents a question of federal law and in that this matter involves a statute addressing interstate commerce.

3. At all times herein set forth, defendant, Redi Care Nursing, LLC, was an employer within the definition of FLSA, 29 U.S.C.A. § 203, and plaintiff was at all times herein set forth an employee within the definitions of that section.

4. At all times herein set forth, the defendant corporation was engaged in interstate commerce within the meaning of the FLSA.

1

5. Upon information and belief, the annual gross revenues of Defendant is in excess of $500,000 per annum during the relevant time periods.

6. At all times herein set forth, the defendant corporation employed the plaintiff in the capacity as a certified nursing assistant (hereafter "CNA") for the purpose of providing home health care and assistance to patients in need.

7. The plaintiff was employed by the defendant corporation from 2005 through 2016.

8. The defendant corporation employed the plaintiff at an hourly rate of $13.00 per hour.

9. During the period covered by the employment, the plaintiff has performed overtime work for which no additional compensation was paid to her by the defendant corporation in violation of the provisions of the FLSA.

## COUNT I: UNPAID OVERTIME WAGES

10. Plaintiff re-alleges and adopts herein the allegations contained in paragraphs 1-10.

11. Plaintiff was entitled to be paid at the rate of time and one half for all hours worked in excess of 40 per workweek for Plaintiff's entire employment with Defendant.

12. At all times material hereto, the work performed by Plaintiff was directly essential to the business performed by the Defendant.

13. During her employment with Defendant, Plaintiff regularly worked more than forty (40) hours in one or more week of her employment as reflected on her time sheets and payroll checks; however, she was never paid the overtime rate for work performed over forty hours.

14. Defendant knew and/or showed reckless disregard of the overtime provisions of the FLSA and Florida Statutes concerning the overtime compensation by its failure to pay Plaintiff for all of Plaintiff's overtime hours in accordance with the FLSA.

15. By reason of the intentional, willful, and unlawful acts of the Defendant, Plaintiff suffered damages plus incurring costs and reasonable attorney's fees. As a result of Defendant's willful disregard of the FLSA and Florida Statutes, Plaintiff is entitled to liquidated damages.

16. Defendant failed to pay Plaintiff time and one half her regularly hourly rates for all of her overtime hours worked each week.

17. Defendant knew its conduct violated the FLSA or acted in reckless disregard for its provisions.

18. Plaintiff has retained the undersigned and is obligated to pay reasonable attorney fees.

**WHEREFORE**, Plaintiff, ROSE MALBRANCHE, respectfully prays for entry of judgment against Defendant, REDI CARE NURSING SERVICES, LLC, for overtime compensation, liquidated damages, interest, costs and attorney's fees, and such other relief as this Court deems, just, proper and equitable.

## COUNT II- UNPAID WAGES

19. Plaintiff re-alleges and adopts herein the allegations contained within paragraphs 1-18, above.

20. This is an action against Defendant, for unpaid wages under Florida Statute, §448.01, interest, costs and attorney's fees.

**WHEREFORE**, Plaintiff, ROSE MALBRANCHE, respectfully prays for entry of judgment against Defendant, REDI CARE NURSING SERVICES, LLC, for overtime compensation, liquidated damages, interest, costs and attorney's fees, and such other relief as this Court deems, just, proper and equitable

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED this 2nd day of February, 2017.

                                              /s/Leon M. Walsh
                                              LEON M. WALSH, JR.
                                              Lead Trial Counsel
                                              Florida Bar No. 0071061
                                              Attorneys for *Plaintiff*
                                              LUSK, DRASITES & TOLISANO, P.A.
                                              202 South Del Prado Boulevard
                                              Cape Coral, Florida 33990
                                              239-574-7442 (telephone)
                                              239-772-0318 (facsimile)
                                              leon@ldtlaw.com
                                              Stephanie@ldtllaw.com